IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONALD RAY ARMER                                                                             PLAINTIFF

V.                                            Case No. 2:11-CV-02052

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                              DEFENDANT

## J U D G M E N T

Currently before the Court is the Report and Recommendation (Doc. 8) filed in this case on November 2, 2011, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 20th day of December, 2011.


/s/P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE